ORDERED.

Dated: September 25, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE:<br>GUSTAVO ADOLFO BRENES<br>       Debtor<br>_____/ | CASE NO.: 8:18-bk-06063-RCT<br>Chapter 7 |

**ORDER GRANTING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY FILED BY WELLS FARGO**
**BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN**
**TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES**

THIS CASE came on for consideration at a hearing on September 18, 2018 on the Motion for Relief from Automatic Stay filed by **WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES** (the "Motion") (Doc. 10) and the Trustee's Response (Doc. 12). For the reasons stated orally on the record that shall constitute the decision of the court, accordingly, it is

**ORDERED:**

1. The Motion (Doc. 10) is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

THE EAST 60 FEET OF THE WEST 247 FEET OF THE NORTH 154 FEET OF THE NORTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 25, TOWNSHIP 28 SOUTH, RANGE 18 EAST, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

Property Address: 824 W KIRBY ST., TAMPA, FL 33604.

3.  The Order Granting Relief from Stay is entered for the purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to schedule (or re-schedule) a foreclosure sale, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4.  Movant is permitted to have communications directly with the Debtor in order to offer and provide information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement, as well as to provide notices required by state law, and furthermore, to enter into such agreement with Debtor. Movant acknowledges that such communications shall be limited and it shall not enforce or threaten to enforce any personal liability against Debtor that is discharged in this bankruptcy.

5.  The effective date of this Order is delayed for a period of thirty (30) days from the date of entry of this Order.

Attorney Suzanne Delaney is directed to serve a copy of this order on the parties listed below and file a proof of service within 3 days of entry of the Order.

Service List:

Gustavo Adolfo Brenes, 824 W. Kirby Street, Tampa, FL 33604
Jorge O. Acosta, PO Box 4410, Tampa, FL 33677 (via email at Jorge@attorneyacosta.com)
Carolyn R. Chaney, Trustee, PO Box 530248, St. Petersburg, FL 33747
United States Trustee – TPA 7/13-7, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602.